UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL L. PATRICK and <br> Wife, MARIE PATRICK, and <br> ANTHONY L. PATRICK, <br><br> Plaintiffs, <br><br> v. <br><br> JON L. TYSON, <br> CLYDE A. BOLLINGER, <br> and BRIAN E. ROSEMAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:01-CV-447 <br> ) (Shirley) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 26].

The defendant Jon L. Tyson has filed motions [Docs. 64, 65], seeking leave to amend his Answer to the Complaint and his Answer to the Cross-Claim of defendant Brian E. Roseman. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). No opposition has been made to these motions. Accordingly, for good cause shown, the Motion of Defendant, Jon L. Tyson, for Leave to Amend Answer to Complaint [Doc. 64] and the Motion of Cross-Defendant, Jon L. Tyson, for Leave to Amend Answer to Cross-Claim of Brian E. Roseman [Doc. 65] are **GRANTED**. The

defendant Jon L. Tyson is hereby **DIRECTED** to file with the Clerk of the Court amended answers within five (5) days of the entry of this Order.

Tyson also seeks leave to amend his theory of the case as set forth in the Agreed Pretrial Order [Doc. 49] and to amend his responses to the plaintiffs' requests for admissions. [Docs. 66, 67]. No opposition has been made to these motions. Accordingly, for good cause shown, the Motion of Jon L. Tyson for Leave to Amend Said Defendant's Theory of the Case as Set Forth in the Agreed Pretrial Order Previously Filed with the Court [Doc. 66] and the Motion for Leave to Amend Defendant, Jon L. Tyson's, Responses to Plaintiffs' Requests for Admissions [Doc. 67] are **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge