UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL L. PATRICK and<br>Wife, MARIE PATRICK, and<br>ANTHONY L. PATRICK,<br><br>        Plaintiffs,<br><br>v.<br><br>JON L. TYSON,<br>CLYDE A. BOLLINGER,<br>and BRIAN E. ROSEMAN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:01-CV-447<br>)   (Shirley)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

The defendant Brian E. Roseman moves to admit the deposition testimony at trial of David Wilson on the grounds that counsel has been unable to procure Mr. Wilson's attendance at trial by subpoena. [Doc. 68]. At the pretrial conference on July 20, 2005, the other parties stated that they had no opposition to the defendant's motion. Accordingly, for good cause shown, the defendant Brian E. Roseman's Motion to Admit Deposition Testimony at Trial of David Wilson [Doc. 68] is **GRANTED.**

      **IT IS SO ORDERED.**

                        ENTER:

                                s/ C. Clifford Shirley, Jr.
                              United States Magistrate Judge